UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-11-154-WFN |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | ORAL MOTION TO MODIFY AND |
| ) | SETTING STATUS HEARING |
| RENO BUCK PICARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant's unopposed oral Motion **(ECF No. 27)** to travel to his bank as needed is **GRANTED.**

A status hearing is set for **January 4, 2012, at 10:30 a.m.,** before the undersigned.

**IT IS SO ORDERED.**

DATED December 15, 2011.


                     S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED ORAL MOTION TO
MODIFY AND SETTING STATUS HEARING - 1