UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>RENO BUCK PICARD,<br><br>            Defendant. | No. CR-11-154-WFN<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the court is Defendant's Motion to Modify Conditions of Release. The United States notified the court it has no objection to Defendant's Motion.

**IT IS ORDERED** that Defendant's Motion **(ECF No. 51)** is **GRANTED.** The conditions of pretrial release are modified as follows:

Defendant is permitted to attend all prenatal doctor appointments with Ms. Brandi Elwell, with the condition that the United States Probation Office be given advance notice of the appointment, and the United States Probation Office authorizes Defendant to attend each specific appointment.

DATED January 13, 2012.

                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1