UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>RENO BUCK PICARD,<br><br>               Defendant. | No. CR-11-154-WFN<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the court is Defendant's unopposed Motion to Modify Conditions of Release.

**IT IS ORDERED** that the Motion **(ECF No. 69)** is **GRANTED.** The conditions of pretrial release are modified as follows:

Defendant is to be released from the home electronic monitoring program. Defendant shall continue on all other conditions of release as set forth in the court's original Order dated November 15, 2011. (ECF No. 18).

DATED May 16, 2012.


                          S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1