PROB 12C
(7/93)

Report Date: May 23, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 24 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reno Buck Picard                Case Number: 0980 2:11CR00154-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 18, 2012

| | |
|---|---|
| Original Offense: | Assault with a Dangerous Weapon in Indian Country, 18 U.S.C. §§ 113(a)(3), 1151 and 1153 |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Matthew F. Duggan |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 22, 2013

Date Supervision Expires: November 21, 2016

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On May 21, 2016, the offender was arrested by the Grand Coulee Police Department on charges of driving while under the influence (gross misdemeanor) and disorderly conduct-attempt to elude (Class C Felony). The incident report states that on May 21, 2016, a Grand Coulee police officer had begun to follow the offender's vehicle due to the vehicle traveling at a speed higher than the posted limit. The officer notes that once he was able to catch up to the vehicle, he discovered the offender had crashed his vehicle into a rock face cliff. At that time, the officer activated his overhead lights and the suspect began to flee the area. The officer gave the offender a verbal command to stop, but the offender continued to flee. The report states the offender fled to, and hid in, an area near the Grand Coulee Dam, and that Grand Coulee Plant Protection staff assisted in the search. The offender's location was discovered by Grand Coulee Plant Protection through the use of night vision cameras. Grand Coulee Plant Protection guided the officer to the offender's location. The officer drew his pistol, identified himself, and gave commands. He then navigated down a cliff and the offender was apprehended.

2  **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On May 21, 2016, the offender was arrested by the Grand Coulee Police Department on charges of driving while under the influence (gross misdemeanor) and disorderly conduct-attempt to elude (class C felony). The incident report states the offender made admissions to alcohol consumption, and further states the offender's blood alcohol content (BAC) breath sample was taken twice and registered .151 and .144, respectively.

3  **Special Condition # 18**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

**Supporting Evidence**: On May 21, 2016, the offender was arrested by the Grand Coulee Police Department on charges of driving while under the influence (gross misdemeanor) and disorderly conduct-attempt to elude (class C felony). The incident report states the offender made admissions to consuming alcohol at a bar determined by the Grand Coulee police officer to be the Banks Lake Pub.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/23/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/24/16
Date